# SUSAN S. SOUSSAN, P.C.
MEDIATION · ARBITRATION · LITIGATION

1330 POST OAK BOULEVARD
SUITE 2880
HOUSTON, TEXAS 77056
EMAIL
susan@soussan-adr.com

SUSAN S. SOUSSAN  
FORMER TEXAS DISTRICT JUDGE

TELEPHONE (713) 961-2880  
FACSIMILE (713) 961-2886

July 29, 2024

Ms. Marilyn Burgess  
Clerk, U.S. District Court  
515 Rusk Street  
Houston, Texas 77002

Re:   Civil Action No. 4:23-cv-03139 *Brandon Roy and Christopher Gabel v. The Fay Law Group, P.A., Caragh Fay, and Thomas Fortune Fay;* In the United States District Court for the Southern District of Texas, Houston Division.

Dear Ms. Burgess:

Please be advised that the parties in the above-referenced matter mediated with me on July 17, 2024. I have called an impasse because no agreement was reached that was mutually acceptable to the parties.

Enclosed is the original ADR Memorandum to Clerk of Court. Should you have any questions, please do not hesitate to contact me.

Sincerely,

Susan S. Soussan

SSS/va  
Enclosure